No. 87–6391.  HUNZIKER ET AL. *v.* GERMAN-AMERICAN STATE BANK.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 87–6418.  PARIS *v.* STATE DIVISION OF CORRECTION ET AL. Ct. Sp. App. Md.  Certiorari denied.

No. 87–6423.  BRECHEISEN *v.* MONDRAGON, WARDEN, ET AL. C. A. 10th Cir.  Certiorari denied.

No. 87–6434.  RAY *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 87–6439.  NICOLAU *v.* MURESANU.  C. A. 2d Cir.  Certiorari denied.

No. 87–6441.  STRONG *v.* HUCKABAY.  C. A. 5th Cir.  Certiorari denied.

No. 87–6446.  ROSBERG *v.* GOERES ET AL.  Sup. Ct. Neb. Certiorari denied.

No. 87–6447.  THACKER *v.* BUMGARNER, SUPERINTENDENT, NORTH CAROLINA SOUTHERN CORRECTIONAL CENTER.  C. A. 4th Cir.  Certiorari denied.

No. 87–6448.  PERRY *v.* MATHEWS ET AL.  C. A. 11th Cir. Certiorari denied.

No. 87–6449.  MCGOVERN *v.* MEKO.  C. A. 11th Cir.  Certiorari denied.

No. 87–6455.  HARRIS *v.* IVEY ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 87–6456.  WRIGHT *v.* MINNESOTA ET AL.  C. A. 8th Cir. Certiorari denied.

No. 87–6473.  GUINN *v.* MAASS, SUPERINTENDENT, OREGON STATE PENITENTIARY, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 87–6478.  BIGHAM *v.* ILLINOIS.  App. Ct. Ill., 4th Dist. Certiorari denied.